UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD P. COOK, PLAN TRUSTEE FOR YAHWEH CENTER, INC., <br> Appellant <br><br> vs. <br><br> SUNTRUST BANK, <br><br> Appellee. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:19-CV-111-M** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that (1) the Bankruptcy Court's order dismissing the claims in the Initial Complaint against SunTrust [DE-1-1] is AFFIRMED and (2) the Bankruptcy Court's order denying the Trustee leave to amend his pleading against SunTrust [DE-1-2] is AFFIRMED IN PART and REVERSED AND REMANDED IN PART.

For the avoidance of doubt regarding the latter, the Bankruptcy Court's order denying the Trustee leave to amend his pleading [DE-1-2] is: (1) REVERSED AND REMANDED only with respect to the constructive-fraud claims within the current proposed Amended Complaint that the Trustee seeks to bring against SunTrust based upon the NSF-fee assessments and payments, including the Trustee's 11 U.S.C. § 550(a) claim; and (2) AFFIRMED in all other respects.

This Judgment filed and entered on May 29, 2020, and copies to:
Richard Preston Cook (via CM/ECF electronic notification)
Amy P. Williams (via CM/ECF electronic notification)
Keaton Charles Stoneking (via CM/ECF electronic notification)

May 29, 2020

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk